IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL ZAGHARI,

    Petitioner,

  v.

STATE OF CALIFORNIA PROBATE COURT, SAN MATEO COUNTY,

    Respondent.
_____/

No. C 08-80147 CRB

**ORDER**

    The Court is in receipt of a petition for habeas corpus filed on behalf of Eva D. Al-Zaghari. Ms. Al-Zaghari is the subject of a vexatious litigant order, filed August 15, 2001, 01-2870 MHP, that requires pre-filing review.

    Ms. Al-Zaghari is DENIED permission to file this action. The petition was signed and filed by her mother. As her mother is not an attorney, she may not represent her daughter in this action.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\80147\orderdenyingpermission.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EVA D. AL-ZAGHARI,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV08-80147 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ali Al-Zaghari
P.O. Box 2577
Menlo Park, CA 94026

Dated: July 22, 2008

        Richard W. Wieking, Clerk
        By: Barbara Espinoza, Deputy Clerk